1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    CHRIS JONATHAN EPPERSON,              Case No.  1:23-cv-00495-JLT-BAM

12              Plaintiff,                   **ORDER GRANTING PLAINITFF'S
                                             APPLICATION TO PROCEED WITHOUT
13         v.                                PREPAYMENT OF FEES OR COSTS**

14    UNITED STATES OF AMERICA,              (Doc. 2)

15              Defendant.

16

17         Plaintiff Chris Jonathan Epperson ("Plaintiff"), proceeding pro se, filed this action on

18    April 3, 2023. (Doc. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an

19    application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.)  Plaintiff has

20    made the showing required by section 1915(a), and accordingly, the request to proceed in forma

21    pauperis will be granted.  28 U.S.C. § 1915(a).

22         Plaintiff is advised that the Court is required to screen complaints of pro se litigants

23    proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2).

24    The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or

25    malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief

26    against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2)(B).  As a result, no

27    summons will issue at this time.  The Court will direct the United States Marshal to serve

28    Plaintiff's complaint only after the Court has screened the complaint and determined that it

                                              1

contains cognizable claims for relief against the named defendant.  The Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated:   __**April 5, 2023**__                     ___/s/ *Barbara A. McAuliffe*___
                                                           UNITED STATES MAGISTRATE JUDGE