# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JONATHAN EPPERSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:23-cv-00495-JLT-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 6) |

The assigned magistrate judge issued findings and recommendations that recommended dismissal of this action, with prejudice, for failure to comply with Federal Rule of Civil Procedure 8, failure to state a cognizable claim upon which relief may be granted, and failure to establish this Court's subject matter jurisdiction. (Doc. 6.) The Court served the findings and recommendations on plaintiff and also notified him that any objections thereto were to be filed within 14 days after service. (*Id.*) Plaintiff filed objections. (Doc. 7.)

According to 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including the objections, the court finds that the findings and recommendations are supported by the record and proper analysis. Plaintiff's objections provide no basis to reject the magistrate judge's findings and recommendations. The objections consist of one page containing a series of words, phrases, and sentences, along with a printed document labeled "OPCW," "Article IX," "Consultations, Cooperation and Fact-

Finding." (Doc. 7 at 2.) Plaintiff does not identify any error in the findings and recommendations, nor does he explain the relevance of the printed document to his amended complaint, his allegations, or the findings and recommendations. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 17, 2023 (Doc. 6) are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, with prejudice, for failure to comply with Federal Rule of Civil Procedure 8, failure to state a cognizable claim upon which relief may be granted, and failure to establish this court's subject matter jurisdiction.
3. The Clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 24, 2023**

UNITED STATES DISTRICT JUDGE